```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                        CASE NO. 17-20296-CIV-SCOLA
                        MAGISTRATE JUDGE P.A. WHITE
```

STEVE AUSTIN, JR.,              :

    Plaintiff,                  :
                                                      REPORT OF MAGISTRATE JUDGE
v.                              :   RE DISMISSAL FOR LACK OF
                                                      PROSECUTION (FAILURE
JULIE L. JONES,                 :   TO FILE PROPER AMENDED COMPLAINT)
                                                              (DE#13)
    Defendants.                 :
_____

       Plaintiff, who is confined at Columbia Correctional Institution-Annex, Lake City, Florida, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. §1983.

       In a January 26, 2017 order requiring an amended complaint, this court noted that the complaint is a letter to Judge Williams making various allegations of excessive force and failure to protect from dangerous inmates. (DE# 5). He did not identify any of the defendants by name, but claimed he knew the last names of the officers who engaged in excessive force. (Id.). The order stated that the allegations were confusing and unclear, and the complaint was not on the proper form. (Id.). This court gave Plaintiff until February 24, 2017 to file an amended complaint. (Id.). The order cautioned Plaintiff that his failure to file an amended complaint on time would probably result in dismissal of the case. (Id.).

       On February 28, 2017, Plaintiff filed a motion for extension of time to amend the complaint. (DE# 7). This court granted the motion and directed the Plaintiff to file his amended complaint by March 24, 2017 or face dismissal without prejudice. (DE# 8). Plaintiff filed another motion for extension of time on march 23,

2017. (DE# 9). This court again granted the motion and gave Plaintiff until April 27, 2017 to file his amended complaint. (DE# 10). On May 2, 2017, the Plaintiff filed a third motion for extension of time. (DE# 11). This court granted the motion but further held:

> Although this court previously expressly warned Plaintiff that it would not grant any additional requests for an extension of time to file his amended complaint, this court shall give Plaintiff one more opportunity to file his amended complaint. However, failure to file on or before May 22, 2017 will automatically result in a report recommending dismissal without prejudice for failing to comply with court orders.

(DE# 12).

Notwithstanding this court's warning in the order granting the Plaintiff's third motion for extension of time, The Plaintiff filed a fourth motion for extension of time on June 1, 2017. (DE# 13). In light of the multiple opportunities provided to Plaintiff to amend his complaint, this court concludes the motion for extension of time should be denied. The plaintiff was specifically cautioned, on multiple occasions, that failure to file an amended complaint in compliance with the court's directions would probably result in dismissal of the case.

It is therefore recommended that the plaintiff's fourth motion for extension of time to file an amended complaint (DE#13) be DENIED and this case be dismissed for lack of prosecution and repeated failure to comply with court orders.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

DONE AND ORDERED at Miami, Florida this 8th day of June, 2017.

                                            UNITED STATES MAGISTRATE JUDGE

cc: Steve Austin, Jr., Pro Se
    959695
    Columbia Correctional Institution-Annex
    Inmate Mail/Parcels
    216 S.E. Corrections Way
    Lake City, FL 32025-2013