United States District Court
for the
Southern District of Florida

| Steve Austin, Jr., Plaintiff, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Civil Action No. 17-20296-Civ-Scola |
| | ) | |
| Julie J. Jones, Defendant. | ) | |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On June 9, 2017, Judge White issued a report recommending that the Court deny the Plaintiff Steve Austin's fourth motion for extension of time and dismiss for lack of prosecution Austin's complaint seeking relief under 42 U.S.C. § 1983. (Report of Magistrate, ECF No. 14.) Although the Court waited additional time, Austin has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (**ECF No. 14**). The Court **denies** Austin's fourth motion for extension of time (**ECF No. 13**) and dismisses for lack of prosecution Austin's complaint (**ECF No. 1**). Finally, the Court directs the Clerk to **close** this case. Any pending motions are **denied** as moot.

**Done and ordered**, at Miami, Florida, on July 31, 2017.

_____
Robert N. Scola, Jr.
United States District Judge